UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| MICHAEL B.[1], Plaintiff, | ) | |
| v. | ) | No. 1:25-cv-01757-JPH-MKK |
| FRANK J. BISIGNANO Commissioner of Social Security Administration, Defendant. | ) | |

**FINAL JUDGMENT UNDER FEDERAL RULE OF CIVIL PROCEDURE 58**

The Court **ENTERS JUDGMENT** in favor of Defendant and against Plaintiff. The Court **AFFIRMS** the Commissioner's decision.

Date: 9/30/2026

James Patrick Hanlon
United States District Judge
Southern District of Indiana

Kristine L. Seufert, Clerk

BY: Carina Weed
Deputy Clerk, U.S. District Court

Distribution:

All electronically registered counsel

[1] To protect the privacy interests of claimants for Social Security benefits, consistent with the recommendation of the Court Administration and Case Management Committee of the Administrative Office of the United States courts, the Southern District of Indiana has opted to use only the first name and last initial of non-governmental parties in its Social Security judicial review opinions.